FILED
United States Court of Appeals
Tenth Circuit

May 5, 2017

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

———————————————

DIGITAL ALLY, INC.,

    Plaintiff - Appellant,

v.

TASER INTERNATIONAL, INC.,

    Defendant - Appellee.

No. 17-3091

———————————————

## ORDER

———————————————

    This matter is before the court *sua sponte* following review of Appellant Digital Ally, Inc.'s docketing statement and the district court docket, which has revealed a potential defect in this court's jurisdiction. Namely, it is unclear whether jurisdiction of this appeal lies with this court or with the Federal Circuit. *See* 28 U.S.C. § 1295(a)(1); *Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800 (1988); *In re Lipitor Antitrust Litigation*, No. 14-4202, 2017 WL 1359474 (3d Cir. April 9, 2017).

    Accordingly, the court directs the parties to file memorandum briefs addressing two jurisdictional issues: (1) whether this court was the appropriate court to which Digital Ally should have appealed, *see* 28 U.S.C. § 1295(a)(1); <u>and</u> (2) whether the district court's Rule 54(b) certification of the order Digital Ally seeks to appeal affects the decision about which court has jurisdiction to review the appeal. *See* 10th Cir. R. 27.3(B).

Digital Ally shall file its memorandum brief **on or before May 26, 2017**. Taser International, Inc. shall file a response memorandum brief both to this order and Digital Ally's memorandum brief **on or before June 16, 2017.**

In order to address fully the jurisdictional issues, briefing on the merits is suspended pending further order of the court. 10th Cir. R. 27.3(C).

>
> Entered for the Court
> ELISABETH A. SHUMAKER, Clerk
>
> by: Lisa A. Lee
>      Counsel to the Clerk